UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-00096-CKD |
| | ) | |
| Plaintiff, | ) | ~~[Proposed]~~ ORDER TO DISMISS AND |
| | ) | VACATE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| SETH YOUNG, | ) | DATE: October 15, 2020 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Honorable Carolyn K. Delaney |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-CR-00096-CKD with prejudice is GRANTED.

It is further ordered that the status conference scheduled on October 15, 2020, is vacated.

IT IS SO ORDERED.

Dated: September 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE